Chuyen DANG, Plaintiff–Appellee,

v.

M–I, L.L.C., Defendant–Appellant.

Nos. 04–30969, 04–31035.

United States Court of Appeals,
Fifth Circuit.

Decided Dec. 12, 2005.

Peter Newton Freiberg, Jones, Verras & Freiberg, New Orleans, LA, for Plaintiff–Appellee.

Tobin J. Eason, Weiss & Eason, New Orleans, LA, for Defendant–Appellant.

Before KING, Chief Judge, and BARKSDALE and PRADO, Circuit Judges.

PER CURIAM: [1]

AFFIRMED. *See* 5TH CIR. R. 47.6.

**1.** Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* This appeal is being decided by a quorum due to the retirement of Judge Pickering. 28 U.S.C. § 46(d).